# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

NATHAN BURGESS, JR.,           :

   Plaintiff,               :

vs.                            :       CA 13-0426-C

CAROLYN W. COLVIN,             :
Acting Commissioner of Social Security,
                                        :

   Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 20th day of May, 2014.

                        s/WILLIAM E. CASSADY
                        **UNITED STATES MAGISTRATE JUDGE**